# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| MITCHELL BOSCH | : | 18 U.S.C. § 111(a)(1) Assault, Resist, |
| | : | Oppose, Impede, Intimidate, or Interfere |
| Defendant. | : | with an Officer or Employee of the United |
| | : | States, |
| | : | 18 U.S.C. § 231(a)(3) - Obstruction of Law |
| | : | Enforcement During Civil Disorder, |
| | : | 18 U.S.C. § 1752(a)(1) - Knowingly Entering |
| | : | or Remaining in any Restricted Building or |
| | : | Grounds Without Lawful Authority, |
| | : | 18 U.S.C. § 1752(a)(2)- Knowingly and With |
| | : | Intent to Impede or Disrupt the Orderly |
| | : | Conduct of Government Business or Official |
| | : | Functions, |
| | : | 18 U.S.C. § 1752(a)(4)- Knowingly Engaging |
| | : | in Physical Violence in a Restricted Building |
| | : | or Grounds |
| | | 40 U.S.C. § 5104(e)(2)(F)- Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings. |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.  IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and

4

this Order are sealed until the arrest warrant is executed.

    2.    IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:   February 12, 2024

                                                     HONORABLE ZIA M. FARUQUI
                                                     UNITED STATES MAGISTRATE JUDGE