AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Mitchell Bosch<br><br>*Defendant* | Case: 1:24-mj-00057<br>Assigned To : Judge Zia M. Faruqui<br>Assign. Date : 2/12/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Mitchell Bosch__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) Assault, Resist, Oppose, Impede, Intimidate, or Interfere with an Officer or Employee of the United States;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly and With Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions;
18 U.S.C. § 1752(a)(4) - Knowingly Engage in Any Act of Physical Violence Against Any Person or Property in Any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings.

Date: __02/12/2024__                                    *Zia M. Faruqui*
                                                        *Issuing officer's signature*

City and state: __Washington, D.C.__                    Zia M. Faruqui, U.S. Magistrate Judge
                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* __2/12/2024__, and the person was arrested on *(date)* __2/14/2024__
at *(city and state)* __Brooklyn, New York__.

Date: __2/14/2024__                                     *[signature]*
                                                        *Arresting officer's signature*

                                                        Brian Rogers, TFO
                                                        *Printed name and title*